UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEN BALLANTINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-02546-JPH-MJD ) |
| AMAZON.COM.INDC LLC,<br>AMAZON CORPORATE LLC, | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 14, 2019, the Magistrate Judge submitted a Report and Recommendation, Dkt. [26], recommending the Court deny Plaintiff's Motion for Leave to Amend Complaint, Dkt. [17], and grant Defendants' Motion to Dismiss, Dkt. [10]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's Motion for Leave to Amend Complaint, Dkt. [17], is hereby **DENIED**, and Defendants' Motion to Dismiss, Dkt. [10], is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this matter. Final judgment will issue by separate entry.

**SO ORDERED**.

1

Date: 6/11/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEN BALLANTINE
4435 Berkshire Road
Indianapolis, IN 46226

Emily L. Connor
LITTLER MENDELSON, P.C. (Indianapolis)
econnor@littler.com

Alan L. McLaughlin
LITTLER MENDELSON, P.C. (Indianapolis)
amclaughlin@littler.com